IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CARLTON WILSON,**

      *Plaintiff*,

v.                                  Case No.: 5:24cv282-MW/MJF

**A.R. PENIX, et al.,**

      *Defendants*.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 12, and has also reviewed *de novo* Plaintiff's "legal letter," which this Court construes as objections to the Report and Recommendation, ECF No. 13. Plaintiff contends that he did not realize his two habeas cases were "lawsuits" that required disclosure, however courts have rejected this argument repeatedly and Plaintiff has not demonstrated why this Court should make an exception based on his asserted oversight.

   Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 12, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** under 28 U.S.C. §§

1915(e)(2)(B)(i) and 1915A(b)(1), for maliciousness and abuse of the judicial process." The Clerk shall close the file.

**SO ORDERED on June 12, 2025.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
